**Fay HEASLEY, Appellant,**

v.

**UNITED STATES of America et al.**

**No. 16288.**

United States Court of Appeals
Eighth Circuit.

Dec. 28, 1959.

Charles K. Rice, Asst. Atty. Gen., Lee A. Jackson, Atty. Tax Division, U. S. Department of Justice, Washington, D. C., and Robert Vogel, U. S. Atty., Fargo, N. D., for appellee, United States of America.

PER CURIAM.

Appeal from District Court, 170 F. Supp. 738, dismissed for want of prosecution, on motion of appellee United States of America.

**Charles McELROY, Appellant,**

v.

**UNITED STATES of America.**

**No. 16398.**

United States Court of Appeals
Eighth Circuit.

Dec. 28, 1959.

Mrs. Wyvetter H. Younge, St. Louis, Mo., for appellant.

Harry Richards, U. S. Atty., and John A. Newton, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, for want of prosecution, on motion of appellee.

**Josephine B. HELBIG, as Administratrix of the Goods and Chattels of Walter Joseph Helbig, etc., Petitioner,**

v.

**Honorable Edward J. DEVITT, Chief Judge of the United States District Court for the District of Minnesota, et al.**

**No. 16377.**

United States Court of Appeals
Eighth Circuit.

Nov. 20, 1959.

Rehearing Denied Jan. 7, 1960.

William J. Corcoran, New York City, for petitioner.

Tyrrell, Jardine, Logan & O'Brien, St. Paul, Minn., for respondents.

PER CURIAM.

Application for writ of prohibition denied.